# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Ariadna Severin | Case No.: 2:21-CV-00302-TLN-AC |
| Plaintiff, | Hon. District Judge Troy L. Nunley<br>Magistrate Judge Allison Claire |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Experian Information Solutions, Inc.;<br>Equifax Information Services, LLC;<br>Capital One Bank USA, N.A.; Freedom Mortgage Corporation, | |
| Defendants. | Action Filed:  February 17, 2021<br>Trial Date:     N/A |

The Court having considered the *Stipulation to Extend Time to Respond to Complaint* entered into by and between *plaintiff* ARIADNA SEVERIN ("Plaintiff") and *defendant* FREEDOM MORTGAGE CORPORATION ("Defendant"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendant shall have until **April 12, 2021** to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  March 4, 2021

Troy L. Nunley
United States District Judge

CASE NO.: 2:21-CV-00302-TLN-AC
ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT